IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James M. Carr, Sr., | : | |
| Plaintiff | : | Civil Action 2:13-cv-00762 |
| v. | : | Judge Marbley |
| Jeff Noble, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

Plaintiff James M. Carr, Sr., a State prisoner, brings this action under 42 U.S.C. § 1983.  This matter is before the Magistrate Judge on plaintiff's October 11, 2014 motion to stay proceedings (doc. 49) and his October 31, 2014 motion to stay with respect to his reply in support of his motion for appointment of counsel (doc. 52).

On October 3, 2014, plaintiff had a biopsy on a mole. On October 10, 2014, he was diagnosed with melanoma. Plaintiff was informed he would be transported to the hospital for further testing and that his condition could result in an extended hospital stay for treatment and recovery.[1] Plaintiff seeks a six month stay of these proceedings and states he will inform the Court if less than six months is needed.

Plaintiff's October 11, 2014 motion to stay proceedings (doc. 49) and his October

---

[1] As of October 30, Carr remained at the London Correctional Institution. (Doc. 52, PageID# 1509.)

1

31, 2014 motion to stay with respect to his reply in support of his motion for appointment of counsel (doc. 52) are GRANTED to the following extent. Plaintiff is ORDERED to file his reply brief in support of his motion for appointment of counsel on or before December 5, 2014. If he is medically unable to file the reply brief, then he is ORDERED to file an affidavit supporting a request for a further stay on December 5, 2014.

                                                             s/Mark R. Abel
                                                             United States Magistrate Judge